DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAINE L. WILLIAMSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2737

[February 19, 2026]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca White, Judge; L.T. Case No. 312016CF001460A.

Jermaine L. Williamson, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***